**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

This Document Relates to:

Maria Roman

Civil Case # 1:18-cv-02794-RLY-TAB

## NOTICE OF SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court upon information and belief of the death of Plaintiff, Maria Roman, who died on or about July 24, 2019.

Dated: October 21, 2025.

Respectfully Submitted,

*/s/ Andrew N. Faes*
Andrew N. Faes, MO Bar #59721
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel.: (816) 701-1100
afaes@wcllp.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Andrew N. Faes
Attorney